**FILED**
July 18, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>AMANDA MOSS, )<br>)<br>Defendant. ) | Case No. 2:11-MJ-00216-DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>AMANDA MOSS</u>, Case No. <u>2:11-MJ-00216-DAD</u>, Charge <u>21 USC §§ 846; 841(a)(1) & (b)(1)(A)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __  Release on Personal Recognizance

  ✔  Bail Posted in the Sum of $ <u>100,000 (secured by real property)</u>

   ✔  Unsecured Appearance Bond in the Interim <u>(co-signed)</u>

   __  Appearance Bond with 10% Deposit

   __  Appearance Bond with Surety

   __  Corporate Surety Bail Bond

   ✔  (Other)   <u>With pretrial supervision and conditions of releas as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>July 18, 2011</u> at  **2:40**  pm .

By  *Dale A. Drozd* (signature)
Dale A. Drozd
United States Magistrate Judge